**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-2126**

EARL T. SCROGGINS, JR.,

                              Plaintiff - Appellant,

        versus

EARL T. SCROGGINS, SR.,

                              Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (CA-05-975)

Submitted: May 16, 2006                Decided: May 18, 2006

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Earl T. Scroggins, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Earl T. Scroggins, Jr., appeals the district court's order dismissing his civil action for failure to state claim on which relief could be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Scroggins v. Scroggins, No. CA-05-975 (E.D. Va. Sept. 19, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED